**REMBRANDT GAMING TECHNOLOGIES, LP, Plaintiff-Appellant**

v.

**BOYD GAMING CORPORATION, WMS Gaming, Inc., LVGV, LLC, Defendants-Appellees**

New Castle Corp., Ramparts, Inc., Mandalay Corp., Circus Circus Casinos, Inc., Victoria Partners, Bellagio, LLC, MGM Grand Hotel, LLC, The Mirage Casino-Hotel, New York-New York Hotel & Casino, LLC, Aria Resort & Casino Holdings, LLC, Caesars Entertainment Operating Company, Inc., Defendants

**2016-2249**

United States Court of Appeals, Federal Circuit.

August 21, 2017

Rachel Zimmerman Scobie, Merchant & Gould P.C., Minneapolis, MN, argued for plaintiff-appellant. Also represented by Rachel C. Hughey, Christopher C. Davis, Christopher J. Sorenson, Emily Wessels; Jeffrey Blake, Atlanta, GA.

Timothy Colin Meece, Banner & Witcoff, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by Christopher Galfano, Michael Joseph Harris, Audra Carol Eidem Heinze, Bryan Medlock, Jr.; David P. Enzminger, Winston & Strawn LLP, Menlo Park, CA; Patrick Michael McCarthy, Howard & Howard Attorneys, PLLC, Ann Arbor, MI.

(Newman, O'Malley, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**